# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES PECCHIO,<br><br>Defendant. | Case No. 2:12-cr-00270 -APG-VCF<br><br>**ORDER AFFIRMING REPORT & RECOMMENDATION [Dkt. #71]** |

Defendant CHARLES PECCHIO filed a Motion to Suppress [Dkt. #48], the Government filed an Opposition [Dkt. #49], and Magistrate Judge Ferenbach held a hearing on May 16, 2013 [Dkt. #68]. On June 3, 2013, Magistrate Judge Ferenbach issued his Report & Recommendation recommending that the Motion to Suppress be denied.

Pursuant to Local Rule IB 3-2, any objection to Magistrate Judge Ferenbach's findings and recommendations had to be submitted in writing to the Clerk of the Court by June 17, 2013. To date, no objection has been filed. Accordingly,

**IT IS HEREBY ORDERED** that the June 3, 2013 Report & Recommendation, and all findings and conclusions set forth therein, are hereby accepted and affirmed.

Dated: July 8, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE